**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Big E Automobile Rebuild, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5313102** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **912 SW 146th St**<br>**Seattle, WA 98166**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **King**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.bigeautorebuild.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Western District of Washington** | **1/23/18** | **18-10264** |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Justin Willard** | Relationship | **Key employee** |
|---|---|---|---|
| District | **Western District of Washington** | When **6/29/18** | Case number, if known **18-12582** |

**11.  Why is the case filed in**        *Check all that apply:*
      ***this district?***

      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**          ■ No
      **have possession of any**
      **real property or personal**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                         **Why does the property need immediate attention?** (*Check all that apply.*)

                                         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                             What is the hazard? _____

                                         ☐ It needs to be physically secured or protected from the weather.

                                         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                         ☐ Other _____
                                         **Where is the property?**   _____
                                                                       Number, Street, City, State & ZIP Code
                                         **Is the property insured?**

                                         ☐ No

                                         ☐ Yes.   Insurance agency   _____

                                                  Contact name       _____

                                                  Phone              _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
      **available funds**
                                         ■ Funds will be available for distribution to unsecured creditors.

                                         ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**        ☐ 1-49                    ☐ 1,000-5,000               ☐ 25,001-50,000
      **creditors**                 ■ 50-99                   ☐ 5001-10,000               ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000             ☐ More than100,000
                                    ☐ 200-999

**15.  Estimated Assets**           ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**      ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Case 18-12732-CMA    Doc 1    Filed 07/12/18    Ent. 07/12/18 16:50:34    Pg. 3 of 46

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 10, 2018**
              MM / DD / YYYY

**X** **/s/ John Willard**                              **John Willard**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Donald A. Bailey**                    Date   **July 10, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Donald A. Bailey 12289**
Printed name

**Donald A Bailey Attorney at Law**
Firm name

**720 Olive Way, suite 1000**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone   **206 682 4802**          Email address   **donald.bailey@shaferbailey.com**

**12289 WA**
Bar number and State

Debtor name   **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration    **Statement in lieu of Schedule I and J**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 10, 2018**      *X* **/s/ John Willard**
Signature of individual signing on behalf of debtor

**John Willard**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **Auto loan on Chevrolet Tahoe titled in name of John & Terry Willard** | | | | **$4,048.00** |
| **Autonation PO Box 731674 Dallas, TX 75373-1674** | | **Auto Parts** | | | | **$9,930.83** |
| **Axtala Coating Systems 50 Applied Bank Blvd Suite 300 Glen Mills, PA 19342** | | **Advance from parent company of Finishmaster (paint supplier). See Schedule G** | | | | **$414,259.00** |
| **B & R Auto Wrecking 20011 Meridian East Graham, WA 98338** | | **Auto Parts** | | | | **$1,000.00** |
| **Berco Billing System PO Box 30237 Portland, OR 97294-3237** | | **Auto Parts** | | | | **$45,566.17** |
| **Brotherton 215 SW 12th ST Renton, WA 98057** | | **Auto Parts** | | | | **$4,663.60** |
| **City of Burien 400 SW 152nd ST Ste #300 Burien, WA 98166** | | **License** | | | | **$1,127.61** |
| **Coastal Community Bank 5415 Evergreen Way Everett, WA 98203** | | | **Disputed** | | | **$482,394.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Edleman Investments PO Box 315 Seahurst, WA 98062 | | Purchase of business | | | | $181,750.00 |
| Finishmaster PO Box 412005 Boston, MA 02241 | | Paint | | | | $26,090.79 |
| Finishmaster 11548 Pinehurst Way NE Seattle, WA 98125 | | Paint supplier | Unliquidated | | | $26,000.00 |
| Gundie's 1283 MT Baker Hwy Bellingham, WA 98226 | | Auto Parts | | | | $1,950.00 |
| Hiline Frame& Wheel 803 SW 148th Seattle, WA 98166 | | Suspension | | | | $4,372.68 |
| Infiniti of Bellevue 11815 NE 8th St Bellevue, WA 98005 | | Auto Parts | | | | $6,604.05 |
| Keystone Automotive PO Box 749427 Los Angeles, CA 90074-9427 | | Auto Parts | | | | $6,291.77 |
| Keystone Automotive PO Box 749427 Los Angeles, CA 90074-9427 | | Auto Parts | Disputed | | | $6,044.76 |
| LKQ of Washington PO Box 742922 Los Angeles, CA 90074 | | Auto Parts | | | | $2,364.12 |
| Reinalt-Thomas Corp PO Box 29851 Phoenix, AZ 85038-9851 | | Auto Parts | | | | $1,160.50 |
| Tonkin 12155 NE Airport Way Portland, OR 97220 | | Parts supplier | Unliquidated | | | $45,000.00 |
| Toyota of Bellevue 3080 148th Ave SE Bellevue, WA 98007 | | Auto Parts | | | | $3,317.45 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................    $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................    $      287,786.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................    $      287,786.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      1,308,764.55

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $        0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     1,324,678.21

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b            $      2,633,442.76

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|     Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|     **Umpqua Bank, 224 SW 152nd St, Burien WA 98166** | | | |
| 3.1.   **Balance as of 7/10/18** | **Checking** | 7458 | **$29,995.00** |

| | |
|---|---|
| **4.**   **Other cash equivalents** *(Identify all)* | |

| **5.**   **Total of Part 1.** | **$29,995.00** |
|---|---|
|     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| **7.**   **Deposits, including security deposits and utility deposits** | |
|---|---|
|     Description, including name of holder of deposit | |
| 7.1.   **Lease security deposit held by Edleman Investments** | **$11,000.00** |

| **8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|
|     Description, including name of holder of prepayment | |

| **9.**   **Total of Part 2.** | **$11,000.00** |
|---|---|
|     Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **45,740.00**     -     **0.00**    = ....     **$45,740.00**
                              face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                      **$45,740.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Paint and parts inventory** | | **$0.00** | | **$15,000.00** |

23.     **Total of Part 5.**                                                      **$15,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Office furniture, equipment, desks, computers, printer, server** | $0.00 | | $14,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|    42.1. **Pictures and artworks** | $0.00 | | $3,500.00 |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.  | $17,500.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| **Welders, benches, scanner, frame tools, paint booths.  Bank appraisal June 2018** | $0.00 | **Appraisal** | $168,550.00 |
|---|---|---|---|

51.   **Total of Part 8.**                                                             | $168,550.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.bigeautorebuild.com** | $0.00 | | $1.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Non-compete agreement with Edleman Investments (see Schedule G)** | Unknown | | Unknown |
| 65.   **Goodwill** **General business goodwill** | $0.00 | | Unknown |

66.   **Total of Part 10.**                                                            | $1.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor   __Big E Automobile Rebuild, Inc.__   Case number *(If known)* _____
              Name

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)
      **Note receivable from 420 Natural,**   389,289.00   -   389,289.00   =
      **balance owing $398,289, company**   Total face amount      doubtful or uncollectible amount
      **out of business, uncollectable**                                                          **$0.00**

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                          **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$29,995.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$11,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$45,740.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$15,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$17,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$168,550.00** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$287,786.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$287,786.00** |

Debtor name **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Key Bank NA**<br>Creditor's Name<br><br>**attn Ronald Goss**<br>**Mail Code WA-31-01-0071**<br>**1101 Pacific Ave, Lower Level**<br>**Tacoma, WA 98402**<br>Creditor's mailing address<br><br>**ronald_w_goss@keybank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2014**<br>**Last 4 digits of account number**<br>**5008**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets**<br><br><br>Describe the lien<br>**Security interest**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,308,764.55 | Unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,308,764.55

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Key Bank NA**<br>**4910 Tiedeman Road**<br>**Mail Code OH-01-51-0457**<br>**Cleveland, OH 44144** | Line **2.1** | **5008** |

Fill in this information to identify the case:

Debtor name    **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.1

Priority creditor's name and mailing address

**Wash Atty Genl**
**Bankruptcy Unit**
**800 Fifth Avenue, Suite 2000**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.40 |
|---|---|---|---|

3.1

Nonpriority creditor's name and mailing address

**Acura of Bellevue**
**PO Box 1847**
**Bellevue, WA 98009-1847**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$210.40**

Date(s) debt was incurred _

Last 4 digits of account number **8112**

Basis for the claim: **Auto Parts**

Is the claim subject to offset? ■ No  ☐ Yes

3.2

Nonpriority creditor's name and mailing address

**Alloy Wheel Repair**
**13209 NE 126th PL**
**Kirkland, WA 98034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$260.00**

Date(s) debt was incurred _

Last 4 digits of account number **7227**

Basis for the claim: **Refinish**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$365.00** |
|---|---|---|---|

**Allstar Auto Lights**
**5952 Jasmine St**
**Riverside, CA 92504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto Parts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,048.00** |
|---|---|---|---|

**Ally Financial**
**PO Box 380901**
**Minneapolis, MN 55438**

Date(s) debt was incurred _
Last 4 digits of account number  5609

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto loan on Chevrolet Tahoe titled in name of John & Terry Willard

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.95** |
|---|---|---|---|

**Auto Data Labels**
**101 Wright Ave**
**Deer Park, NY 11729**

Date(s) debt was incurred _
Last 4 digits of account number  6160

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Labels

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,930.83** |
|---|---|---|---|

**Autonation**
**PO Box 731674**
**Dallas, TX 75373-1674**

Date(s) debt was incurred _
Last 4 digits of account number  7687

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto Parts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.38** |
|---|---|---|---|

**Autonation**
**PO Box 731674**
**Dallas, TX 75373-1674**

Date(s) debt was incurred _
Last 4 digits of account number  1728

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto Parts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414,259.00** |
|---|---|---|---|

**Axtala Coating Systems**
**50 Applied Bank Blvd**
**Suite 300**
**Glen Mills, PA 19342**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advance from parent company of Finishmaster (paint supplier).  See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**B & R Auto Wrecking**
**20011 Meridian East**
**Graham, WA 98338**

Date(s) debt was incurred _
Last 4 digits of account number  7916

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto Parts

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-12732-CMA    Doc 1    Filed 07/12/18    Ent. 07/12/18 16:50:34    Pg. 17 of 46

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,566.17 |
|---|---|---|---|
| | **Berco Billing System**<br>**PO Box 30237**<br>**Portland, OR 97294-3237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Auto Parts__ | |
| | Last 4 digits of account number __1734__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,663.60 |
|---|---|---|---|
| | **Brotherton**<br>**215 SW 12th ST**<br>**Renton, WA 98057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Auto Parts__ | |
| | Last 4 digits of account number __8150__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.11 |
|---|---|---|---|
| | **Car Pros Kia Renton**<br>**181 So 333rd ST**<br>**Ste #210**<br>**Federal Way, WA 98003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Auto Parts__ | |
| | Last 4 digits of account number __4664__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.99 |
|---|---|---|---|
| | **Carter Motors Inc**<br>**5202 Leary Ave NW**<br>**Seattle, WA 98107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Auto Parts__ | |
| | Last 4 digits of account number __1011__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.39 |
|---|---|---|---|
| | **Central Welding Supply**<br>**PO Box 179**<br>**N Lakewood, WA 98259** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Supplies__ | |
| | Last 4 digits of account number __0230__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.58 |
|---|---|---|---|
| | **Cintas**<br>**PO Box 650838**<br>**Dallas, TX 75265-0838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Uniforms__ | |
| | Last 4 digits of account number __2264__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,127.61 |
|---|---|---|---|
| | **City of Burien**<br>**400 SW 152nd ST**<br>**Ste #300**<br>**Burien, WA 98166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __License__ | |
| | Last 4 digits of account number __2761__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$482,394.00** |
|---|---|---|---|

**Coastal Community Bank**
5415 Evergreen Way
Everett, WA 98203

Date(s) debt was incurred   **May 2014, August 2015**

Last 4 digits of account number   **3850**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.78** |
|---|---|---|---|

**Comcast**
9602 So 300 W.
Ste B
Sandy, UT 84070-3302

Date(s) debt was incurred _

Last 4 digits of account number   **3905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Internet**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.24** |
|---|---|---|---|

**Culligan**
3728 E Longfellow Ave
Ste 1
Spokane, WA 99217-6703

Date(s) debt was incurred _

Last 4 digits of account number   **6735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Water**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181,750.00** |
|---|---|---|---|

**Edleman Investments**
PO Box 315
Seahurst, WA 98062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Purchase of business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|---|---|---|---|

**Edward Jones**
2201 Marine View Dr S
Ste A
Des Moines, WA 98198

Date(s) debt was incurred _

Last 4 digits of account number   **6919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Employee IRA Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |
|---|---|---|---|

**Finishmaster**
11548 Pinehurst Way NE
Seattle, WA 98125

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Paint supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,090.79** |
|---|---|---|---|

**Finishmaster**
PO Box 412005
Boston, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number   **6010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Paint**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |
|---|---|---|---|

**Froula Alarm Sys.**
**861 Industry Dr**
**Tukwila, WA 98188-3411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alarm & fire inspect**

Last 4 digits of account number  **0745**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|---|---|---|---|

**Gundie's**
**1283 MT Baker Hwy**
**Bellingham, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auto Parts**

Last 4 digits of account number  **7916**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,372.68** |
|---|---|---|---|

**Hiline Frame& Wheel**
**803 SW 148th**
**Seattle, WA 98166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Suspension**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.45** |
|---|---|---|---|

**Honda of Burien**
**15026 1st Ave So**
**Burien, WA 98148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auto Parts**

Last 4 digits of account number  **1800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Idens Dealer Service**
**PO Box 88594**
**Seattle, WA 98138-2594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auto Parts**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,604.05** |
|---|---|---|---|

**Infiniti of Bellevue**
**11815 NE 8th St**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auto Parts**

Last 4 digits of account number  **GE02**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202.50** |
|---|---|---|---|

**Innovative Technology**
**2420 NE 180th St**
**Shoreline, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,500.00** |
|---|---|---|---|

**John Willard**
**6122 Alameda Ave W**
**University Place, WA 98467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/2017 to present**

Basis for the claim: **Shareholder loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,291.77** |
|---|---|---|---|

**Keystone Automotive**
**PO Box 749427**
**Los Angeles, CA 90074-9427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **6893**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,044.76** |
|---|---|---|---|

**Keystone Automotive**
**PO Box 749427**
**Los Angeles, CA 90074-9427**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **6893**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.65** |
|---|---|---|---|

**Lithia Auto Stores**
**PO Box 4186**
**Portland, OR 97208-4186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **1019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364.12** |
|---|---|---|---|

**LKQ of Washington**
**PO Box 742922**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **0339**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$611.77** |
|---|---|---|---|

**O'Rielly Auto Parts**
**PO Box 9464**
**Springfield, MO 65801-9464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **2025**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.97** |
|---|---|---|---|

**Performance Radiator**
**PO Box 11224**
**Tacoma, WA 98411-0224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Parts**

Last 4 digits of account number **1742**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.14 |
|---|---|---|---|

**Pierre Auto Centers**
**PO Box 27165**
**Seattle, WA 98165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1424__

Basis for the claim: __Auto Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.29 |
|---|---|---|---|

**Recology**
**PO Box 34260**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __9713__

Basis for the claim: __Garbage__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.50 |
|---|---|---|---|

**Reinalt-Thomas Corp**
**PO Box 29851**
**Phoenix, AZ 85038-9851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0529__

Basis for the claim: __Auto Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.60 |
|---|---|---|---|

**Stan's Mt View Towing**
**9000 Delridge Way SW**
**Seattle, WA 98106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Towing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.83 |
|---|---|---|---|

**SW Sewer Distric**
**17840 Des Moines Mem. Dr**
**Burien, WA 98148-1706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1341__

Basis for the claim: __Sewer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.68 |
|---|---|---|---|

**Tacoma Nissan**
**4030 So Tacoma Way**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __G001__

Basis for the claim: __Auto Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Tonkin**
**12155 NE Airport Way**
**Portland, OR 97220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Parts supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,317.45 |
|---|---|---|---|
| | **Toyota of Bellevue**<br>**3080 148th Ave SE**<br>**Bellevue, WA 98007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0102** | Basis for the claim:  **Auto Parts**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.98 |
|---|---|---|---|
| | **Wesco**<br>**PO Box 5003**<br>**Lynwood, WA 98406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0020** | Basis for the claim:  **Paint**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.30 |
|---|---|---|---|
| | **Wesco Equipment**<br>**PO Box 5003**<br>**Lynwood, WA 98406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0900** | Basis for the claim:  **Paint**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.90 |
|---|---|---|---|
| | **Wesmar Products, Inc.**<br>**10729 47th Ave West**<br>**Mukilteo, WA 98275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **6141** | Basis for the claim:  **Auto parts**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ally**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Berco Billing Service**<br>**PO Box 30237**<br>**Portland, OR 97294-3237** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,324,678.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,324,678.21 |

Fill in this information to identify the case:

Debtor name **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Advance from parent company of Finishmaster (paint supplier), repaid by purchasing paint at agreed-on markup.** |
| State the term remaining | **Axtala Coating Systems** |
| List the contract number of any government contract | **50 Applied Bank Blvd Suite 300 Glen Mills, PA 19342** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Building lease, $12000/month plus insurance of $560/month Expires 6/30/19** |
| State the term remaining | |
| List the contract number of any government contract | **Edleman Investments PO Box 315 Seahurst, WA 98062** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Non-compete agreement with former owner of business - former owner agreed not to compete with Big E for 5 years.** |
| State the term remaining | **1 year** |
| List the contract number of any government contract | **Edleman Investments PO Box 315 Seahurst, WA 98062** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Business consulting - month to month at $1700/month.** |
| State the term remaining | |
| List the contract number of any government contract | **Thrive  Business Consulting** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet advertising and tracking, month to month at $125/month.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Yodle.com** |

Debtor name    **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | John & Terry Willard | | Key Bank NA | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | John Willard | | Coastal Community Bank | ☐ D _____ <br> ■ E/F   3.17 <br> ☐ G _____ |
| 2.3 | John Willard | | Axtala Coating Systems | ☐ D _____ <br> ■ E/F   3.8 <br> ☐ G _____ |
| 2.4 | John Willard & Terry Willard | | Key Bank NA | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Justin Willard | | Coastal Community Bank | ☐ D _____ <br> ■ E/F   3.17 <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6    **Northwest Drywall Services**    **Closed 12/31/14**    **Coastal Community Bank**

☐ D _____
■ E/F    **3.17**
☐ G _____

# Big E Auto Rebuild, Inc.
## Profit & Loss
### January through May 2018

Statement in Lieu of
Schedules I and J

|  | Jan - May 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,278,413.37 |
| Uncategorized Income | 8,915.00 |
| **Total Income** | 1,287,328.37 |
| **Cost of Goods Sold** | |
| Auto Decals | 6,560.00 |
| Auto Frame Repair | 18,748.72 |
| Auto Parts | 346,647.68 |
| Direct Labor | 187,872.26 |
| Paint | 114,519.45 |
| Parts Purchases | 4,467.70 |
| Subcontracted Services | 75.00 |
| Towing | 19,830.93 |
| **Total COGS** | 698,721.74 |
| **Gross Profit** | 588,606.63 |
| **Expense** | |
| Admin. Salaries | 77,473.88 |
| Advertising and Promotion | 4,741.75 |
| Automobile Expense | |
| Fuel | 5,605.11 |
| Automobile Expense - Other | 1,474.63 |
| **Total Automobile Expense** | 7,079.74 |
| Bank Service Charges | |
| CC Service Charge | 7,489.02 |
| Bank Service Charges - Other | 78.97 |
| **Total Bank Service Charges** | 7,567.99 |
| Business Licenses and Permits | 52.00 |
| Computer and Internet Expenses | |
| ccc information services | 7,874.82 |
| Computer and Internet Expenses - Other | 5,089.52 |
| **Total Computer and Internet Expenses** | 12,964.34 |
| Dues & Subscriptions | 219.80 |
| Equipment | 827.20 |
| Equipment Rental | 190.00 |
| Equipment Repair | 275.00 |
| Insurance Expense | |
| Automobile Insurance | 1,582.26 |
| Building Insurance | 2,443.10 |
| Dental insurance | 3,936.88 |
| Health Insurance | 27,684.89 |
| Insurance Expense - Other | 3,186.39 |
| **Total Insurance Expense** | 38,833.52 |
| Interest Expense | 61,794.65 |
| Licenses | 60.00 |
| Matching retirement | 1,085.12 |
| Meals and Entertainment | 456.83 |
| Miscellaneous Expense | 508.00 |
| Office Expense | 551.71 |
| Office Supplies | 829.97 |
| Officer Salaries | 75,043.48 |
| Payroll Expenses | 125,890.35 |
| Personal Property Tax | 562.39 |
| Postage Expense | 161.63 |
| Professional Fees | 4,900.00 |

# Big E Auto Rebuild, Inc.
# Profit & Loss
### January through May 2018

|  | Jan - May 18 |
|---|---|
| Property Tax | 8,638.02 |
| Rent Expense | 60,000.00 |
| Repairs and Maintenance | 2,170.00 |
| Shop Expense | 2,175.92 |
| Storage | 380.00 |
| Taxes |  |
|   B & O Tax | 7,991.31 |
|   L & I | 16,925.55 |
|   SUTA | 958.41 |
|   Taxes - Other | 31,814.00 |
| Total Taxes | 57,689.27 |
| Telephone Expense | 1,825.31 |
| Training | 1,533.00 |
| Uniforms | 3,257.02 |
| Utilities | 13,368.27 |
| Total Expense | 573,106.16 |
| Net Ordinary Income | 15,500.47 |
| Net Income | 15,500.47 |

**Fill in this information to identify the case:**

Debtor name  **Big E Automobile Rebuild, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,278,413.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,726,934.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,016,686.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | **Uncategorized income** | **$8,915.00** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Key Bank NA** attn Ronald Goss Mail Code WA-31-01-0071 1101 Pacific Ave, Lower Level Tacoma, WA 98402 | 4/25 $20,061.03 5/1 $24,724.86 5/31 $20,368.58 | $65,154.47 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Coastal Community Bank** 5415 Evergreen Way Everett, WA 98203 | 5/3 $8,133.17 6/8 $8,133.17 | $16,266.34 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.3. **Various vendors** | Payments to suppliers on current invoices, ordinary course. | Unknown | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kevin Helenius 40 Lake Bellevue suite 100 Bellevue, WA 98005** | | **12/29/17** | **$11,085.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Donald Bailey**<br>**720 Olive Way suite 1000**<br>**Seattle, WA 98101** | | **7/3/18** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Key Bank NA**<br>**655 SW 152nd**<br>**Seattle, WA 98166** | XXXX-9936 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/31/14 | $314.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various employees** | | **Personal tools of enployees ar their property** | **Unknown** |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Robert Kemper CPA**<br>**330 112th Ave NE #101**<br>**Bellevue, WA 98004** | **Tax perparation**<br>**2017-2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Key Bank NA**<br>**attn Ronald Goss**<br>**Mail Code WA-31-01-0071**<br>**1101 Pacific Ave, Lower Level**<br>**Tacoma, WA 98402** |
| 26d.2. **Coastal Community Bank**<br>**5414 Evergreen WAy**<br>**Everett, WA 98203** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John & Terry Willard** | | **Shareholders** | **100% - Note: John & Terry Willard own 100% of the stock of the debtor as community property.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Justin Willard** | **5703 Charlotte Ave SE Auburn, WA 98092** | **Officer** | **0% - Note: Although Justin Willard has received distributions from the debtor as if he were a shareholder, he is not in fact a shareholder.** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Willard | 5 distributions of $4150 each from 11/2017 to 2/2018 | | Employee compensation |
| | Relationship to debtor<br>Shareholder and officer | | | |
| 30.2. | Justin Willard | 5 distributions of $4150 each from 11/2017 to 2/2018 | | Employee compensation |
| | Relationship to debtor<br>Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 10, 2018**

**/s/ John Willard**                                      **John Willard**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re   **Big E Automobile Rebuild, Inc.**            Case No. _____

                                    Debtor(s)            Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $                 $350/hour |
| Prior to the filing of this statement I have received | $            $25,000 retainer |
| Balance Due | $            to be determined |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed] **Negotiations with creditors and other interested parties; avoidance litigation as necessary.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  10, 2018**
*Date*

                            **/s/ Donald A. Bailey**
                            **Donald A. Bailey 12289**
                            *Signature of Attorney*
                            **Donald A Bailey Attorney at Law**
                            **720 Olive Way, suite 1000**
                            **Seattle, WA 98101**
                            **206 682 4802**
                            **donald.bailey@shaferbailey.com**
                            *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re   **Big E Automobile Rebuild, Inc.**         Case No. _____

                        Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John & Terry Willard** | **Common stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 10, 2018**               Signature    **/s/ John Willard**

                                                        **John Willard**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   **Big E Automobile Rebuild, Inc.**           Case No. _____

                               Debtor(s)       Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 10, 2018** _____       **/s/ John Willard** _____

                                             **John Willard**/**President**
                                             Signer/Title

ACURA OF BELLEVUE
PO BOX 1847
BELLEVUE, WA 98009-1847


ALLOY WHEEL REPAIR
13209 NE 126TH PL
KIRKLAND, WA 98034


ALLSTAR AUTO LIGHTS
5952 JASMINE ST
RIVERSIDE, CA 92504


ALLY
PO BOX 78234
PHOENIX, AZ 85062


ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS, MN 55438


AUTO DATA LABELS
101 WRIGHT AVE
DEER PARK, NY 11729


AUTONATION
PO BOX 731674
DALLAS, TX 75373-1674


AXTALA COATING SYSTEMS
50 APPLIED BANK BLVD
SUITE 300
GLEN MILLS, PA 19342


B & R AUTO WRECKING
20011 MERIDIAN EAST
GRAHAM, WA 98338


BERCO BILLING SERVICE
PO BOX 30237
PORTLAND, OR 97294-3237


BERCO BILLING SYSTEM
PO BOX 30237
PORTLAND, OR 97294-3237

BROTHERTON
215 SW 12TH ST
RENTON, WA 98057


CAR PROS KIA RENTON
181 SO 333RD ST
STE #210
FEDERAL WAY, WA 98003


CARTER MOTORS INC
5202 LEARY AVE NW
SEATTLE, WA 98107


CENTRAL WELDING SUPPLY
PO BOX 179
N LAKEWOOD, WA 98259


CINTAS
PO BOX 650838
DALLAS, TX 75265-0838


CITY OF BURIEN
400 SW 152ND ST
STE #300
BURIEN, WA 98166


COASTAL COMMUNITY BANK
5415 EVERGREEN WAY
EVERETT, WA 98203


COMCAST
9602 SO 300 W.
STE B
SANDY, UT 84070-3302


CULLIGAN
3728 E LONGFELLOW AVE
STE 1
SPOKANE, WA 99217-6703


EDLEMAN INVESTMENTS
PO BOX 315
SEAHURST, WA 98062

```
EDWARD JONES
2201 MARINE VIEW DR S
STE A
DES MOINES, WA 98198


FINISHMASTER
11548 PINEHURST WAY NE
SEATTLE, WA 98125


FINISHMASTER
PO BOX 412005
BOSTON, MA 02241


FROULA ALARM SYS.
861 INDUSTRY DR
TUKWILA, WA 98188-3411


GUNDIE'S
1283 MT BAKER HWY
BELLINGHAM, WA 98226


HILINE FRAME& WHEEL
803 SW 148TH
SEATTLE, WA 98166


HONDA OF BURIEN
15026 1ST AVE SO
BURIEN, WA 98148


IDENS DEALER SERVICE
PO BOX 88594
SEATTLE, WA 98138-2594


INFINITI OF BELLEVUE
11815 NE 8TH ST
BELLEVUE, WA 98005


INNOVATIVE TECHNOLOGY
2420 NE 180TH ST
SHORELINE, WA 98155


JOHN WILLARD
6122 ALAMEDA AVE W
UNIVERSITY PLACE, WA 98467
```

```
KEY BANK NA
ATTN RONALD GOSS
MAIL CODE WA-31-01-0071
1101 PACIFIC AVE, LOWER LEVEL
TACOMA, WA 98402


KEY BANK NA
4910 TIEDEMAN ROAD
MAIL CODE OH-01-51-0457
CLEVELAND, OH 44144


KEYSTONE AUTOMOTIVE
PO BOX 749427
LOS ANGELES, CA 90074-9427


LITHIA AUTO STORES
PO BOX 4186
PORTLAND, OR 97208-4186


LKQ OF WASHINGTON
PO BOX 742922
LOS ANGELES, CA 90074


O'RIELLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801-9464


PERFORMANCE RADIATOR
PO BOX 11224
TACOMA, WA 98411-0224


PIERRE AUTO CENTERS
PO BOX 27165
SEATTLE, WA 98165


RECOLOGY
PO BOX 34260
SEATTLE, WA 98104


REINALT-THOMAS CORP
PO BOX 29851
PHOENIX, AZ 85038-9851
```

STAN'S MT VIEW TOWING
9000 DELRIDGE WAY SW
SEATTLE, WA 98106


SW SEWER DISTRIC
17840 DES MOINES MEM. DR
BURIEN, WA 98148-1706


TACOMA NISSAN
4030 SO TACOMA WAY
TACOMA, WA 98409


THRIVE  BUSINESS CONSULTING


TONKIN
12155 NE AIRPORT WAY
PORTLAND, OR 97220


TOYOTA OF BELLEVUE
3080 148TH AVE SE
BELLEVUE, WA 98007


WASH ATTY GENL
BANKRUPTCY UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104


WESCO
PO BOX 5003
LYNWOOD, WA 98406


WESCO EQUIPMENT
PO BOX 5003
LYNWOOD, WA 98406


WESMAR PRODUCTS, INC.
10729 47TH AVE WEST
MUKILTEO, WA 98275


YODLE.COM

# United States Bankruptcy Court
## Western District of Washington

In re    **Big E Automobile Rebuild, Inc.**          Case No.

                                     Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Big E Automobile Rebuild, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**July 10, 2018**                            **/s/ Donald A. Bailey**

Date                                      **Donald A. Bailey 12289**

Signature of Attorney or Litigant

Counsel for    **Big E Automobile Rebuild, Inc.**

**Donald A Bailey Attorney at Law**
**720 Olive Way, suite 1000**
**Seattle, WA 98101**
**206 682 4802**
**donald.bailey@shaferbailey.com**